IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

C.A. No. 7:10-CV-98-H

| | |
|---|---|
| LEXON INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| -vs- | ) |
| | ) |
| Town & Country Developers, Inc., | ) |
| Town & Country Developers at | ) |
| Wilmington, Inc. and James J. Bovino, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT AGAINST ALL DEFENDANTS

THIS CAUSE, being heard by the undersigned Clerk of Court upon motion of Plaintiff LEXON INSURANCE COMPANY for an entry of default against Defendants Town & Country Developers, Inc., Town & Country Developers at Wilmington, Inc. and James J. Bovino, and it appearing to the Court that said Defendants have failed to move, plead or otherwise respond within the time allowed.

IT IS THEREFORE ORDERED that default be entered against Defendants Town & Country Developers, Inc., Town & Country Developers at Wilmington, Inc. and James J. Bovino in this action.

This the 2nd day of Sept. 2010.

Clerk of Court
Eastern District of North Carolina