UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEXON INSURANCE COMPANY, ) | **JUDGMENT** |
|     Plaintiff ) | |
| ) | No. 7:10-CV-98-H2 |
| v. ) | |
| ) | |
| ) | |
| JAMES J. BOVINO, TOWN & ) | |
| COUNTRY DEVELOPERS, INC., ) | |
| and TOWN & COUNTRY ) | |
| DEVELOPERS AT WILMINGTON, ) | |
| INC., ) | |
|     Defendants. ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED judgment is entered in favor of plaintiff Lexon Insurance Company and against the defendants James J. Bovino, Town & Country Developers, Inc. and Town & Country Developers At Wilmington, Inc., jointly and severally, in the amount of $4,594,106.78 together with prejudgment interest at the rate of 8% per annum on the amount of $3,922,844.74 from May 21, 2010 until the date judgment is entered.**

**IT IS FURTHER ORDERED upon entry of judgment, interest shall continue to accrue at the federal post-judgment rate until the judgment is satisfied.**

This Judgment Filed and Entered on October 13, 2011 with service on:

Matthew E. Cox (via cm/ecf Notice of Electronic Filing)
James Bovino, Town & Country Developers, Inc. and Town & Country Developers at Wilmington, Inc. (via US Mail), 34 Clearwater Drive, Ho-ho-kus, NJ 07423


Date: October 13, 2011

                                            DENNIS P. IAVARONE, CLERK
                                            /s/ Delsia Heath
                                            (By): Delsia Heath, Deputy Clerk